IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CV-278-MOC-SCR *SEALED*

| | |
|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA *ex rel.* SCOTT A. RAMMING M.D. and ALLEN LALOR M.D., <br><br> Plaintiffs, <br><br> v <br><br> HCA HEALTHCARE, INC., HCA MANAGEMENT SERVICES, LP, HCA, INC., MH MASTER HOLDINGS, LLLP, MH HOSPITAL MANAGER, LLC, TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, LLC, and HCFS HEALTH CARE FINANCIAL SERVICES, LLC., <br><br> Defendants. | |

ORDER

The United States, having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1.  The Complaint, the Relators' Motion to redact (including the supporting memorandum and proposed order), the United States' Notice of Election to Decline Intervention and Motion to Unseal Complaint, and this Order be unsealed;

2. If Relators elect to proceed with this action pursuant to 31 U.S.C. § 3730(c)(3), Relators shall serve the Complaint on Defendants within ninety days of this Order;

3. All other current contents of the Court's file in this action remain under seal and are not to be made public or served upon the Defendants, except for the Complaint, Relators' Motion to redact, this Order, and the United States' Notice of Election to Decline Intervention, which the Relators will serve upon the Defendants only after service of the Complaint;

4. The seal be lifted as to all other matters occurring in this action after the date of this Order;

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action for good cause at any time;

6. The parties shall serve all notices of appeal upon the United States;

7. All orders of this Court shall be sent to the United States; and that

8. Should the Relators or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**SO ORDERED**. Signed: April 6, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge