UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-278-MOC-SCR

| | |
|---|---|
| SCOTT A. RAMMING, ALLEN LALOR, *(as relators on behalf of the United States of America)*, <br><br> Plaintiff, <br><br> vs. <br><br> HCA HEALTHCARE, INC., <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Relators' Notice of Voluntary Dismissal (Doc. No. 13), the United States' Consent to Voluntary Dismissal, (Doc. No. 15), and North Carolina's Consent to Voluntary Dismissal, (Doc. No. 16).

Relators filed a notice of voluntarily dismissal pursuant to Rule 41(a)(1)(A)(i), which typically allows dismissal of an action "without a court order." Fed. R. Civ. P. 41(a)(1)(A)(i). Under 31 U.S.C. § 3730(b)(1), a civil action for a violation of section 3729—which is the basis for the instant case—"may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting."

Upon review of the parties' filings, and in light of the parties' consent, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that:

1

1. The Court approves the Relators' voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 31 U.S.C. § 3730(b)(1). This case is hereby **DISMISSED WITHOUT PREJUDICE**.

Max O. Cogburn Jr
United States District Judge